IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CLAYTON SUTTON, | 1:05-CV-01171-AWI-DLB-HC |
| Petitioner, | |
| vs. | |
| THE STATE OF CALIFORNIA, | |
| Respondent. | ORDER OF TRANSFER |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee.

The petitioner is challenging a parole decision by the Board of Prison Terms, whose headquarters is in Sacramento, California, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Furthermore, petitioner resides at the California State Prison at Vacaville in Solano County, which is also part of the Sacramento Division . Therefore, the petition should have been filed in the Sacramento Division.

1

1   Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the
2   proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this
3   action will be transferred to the Sacramento Division.  Good cause appearing, IT IS HEREBY
4   ORDERED that:
5       1.  This action is transferred to the United States District Court for the Eastern
6           District of California sitting in Sacramento; and
7       2.  All future filings shall refer to the new Sacramento case number assigned and
8           shall be filed at:

>           United States District Court
>           Eastern District of California
>           501 "I" Street, Suite 4-200
>           Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **October 24, 2005**            **/s/ Dennis L. Beck**
ah0l4d                                    UNITED STATES MAGISTRATE JUDGE

2