IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM CLAYTON SUTTON,

    Petitioner,                       No. CIV S-05-2152 DFL CMK P

    vs.

THE STATE OF CALIFORNIA,

    Respondent.                   ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. However, prior to paying the filing fee, petitioner filed a motion to proceed in forma pauperis.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a). This does not entitle petitioner to a refund of his filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

///

///

1

Petitioner does not challenge the validity of his convictions, but instead seeks collateral relief from an alleged policy of the California Board of Prison Terms (BPT) denying parole to convicted murders facing a possible life sentence.  As petitioner raises a claim which may be affected by the recent decision in Sass v. California Board of Prison Terms, 376 F.Supp.2d 975, 2005 WL 1406100 (E.D.Cal.2005), the court appoints the Federal Public Defender to represent him.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Respondent is directed to file a response to petitioner's application within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

3. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General;

6. The Federal Defender is appointed to represent petitioner.

7. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus application and a copy of this order on Ann McClintock, Assistant Federal Defender.

8. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file.

///

9.  A status conference is set for March 14, 2006, at 10:00 a..m. before the Honorable Craig M. Kellison, United States Magistrate Judge at the United States District Court, 2986 Bechelli Lane, Redding, California.

10.  All parties shall appear at the status conference by counsel.

11.  Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

    a.  Discovery and investigations;

    b.  Anticipated motions;

    c.  The need for and timing of an evidentiary hearing;

    d.  Enumeration and resolution of unexhausted claims; and

    e.  Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

DATED:  November 3, 2005.

                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE