1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ADAM CLAYTON SUTTON,

11             Petitioner,                    No. CIV S-05-2152 DFL CMK P

12        vs.

13   THE STATE OF CALIFORNIA, et al,

14             Respondent.

15   _____/            ORDER

16             On November 4, 2005, the undersigned issued an order which, among other

17   things, appointed the Federal Defender to represent petitioner.  (Doc. 9).  The order directed the

18   Clerk of the Court to serve a copy of the November 4, 2004 order and a copy of the petition for a

19   writ of habeas corpus (doc. 1) on Ann McClintock, Assistant Federal Public Defender.

20             The Federal Defender's office has informed the court that Ms. McClintock is no

21   longer head of the habeas unit and that the Federal Defender's office did not receive a copy of the

22   appointment order.

23   ///

24   ///

25   ///

26   ///

1    Accordingly, IT IS ORDERED THAT the Clerk of the Court is directed to serve a copy

2  of petitioner's habeas corpus application (doc. 1) and a copy of the court's November 4, 2005

3  order (doc. 9) on David M. Porter, Assistant Federal Defender.

4  DATED:   November 17, 2005.

5

6                                             _____
                                             CRAIG M. KELLISON
7                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26