IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM CLAYTON SUTTON

  Petitioner,         No. CIV S-05-2152 DFL CMK

 vs.

THE STATE OF CALIFORNIA,

  Respondents.

_____/    ORDER

   On December 1, 2005, counsel for petitioner and counsel for respondent filed a stipulation, pursuant to Local Rule 6-144, stating the following.  Petitioner will file an amended petition on or before January 17, 2006.  Respondent shall file its answer or motion responding to the petition on or before February 16, 2006.  Petitioner shall file his traverse or opposition on or before March 18, 2006.  If the responsive pleading is a motion, respondent shall have fifteen days from that date to file a reply to the opposition.  A status conference, at which both parties shall appear is set for May 16, 2006 at 10:00 a.m. before the Honorable Craig M. Kellison, United States Magistrate Judge at the United States District Court, 2986 Bechelli Lane, Redding, California.  Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

  a.  Discovery and investigations;

  b.  Anticipated motions;

      c.  The need for and timing of an evidentiary hearing;

      d.  Enumeration and resolution of unexhausted claims; and

      e.  Possible future amendments to the pleadings.

The parties are advised that failure to file a timely status report may result in sanctions. See Local Rule 11-110.

      IT IS SO ORDERED.

DATED:  December 8, 2005.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE