IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM CLAYTON SUTTON,** <br><br> Petitioner, <br><br> v. <br><br> **THE STATE OF CALIFORNIA,** <br><br> Respondent. | CIV S-05-2152 DFL CMK P <br><br> **ORDER** |

**GOOD CAUSE** having been shown Respondent is hereby granted a 30-day extension of time to and including March 27, 2006, to file an answer to Petitioner's Amended Petition filed on January 17, 2006. The status conference is re-set to June 13, 2006 at the United States District Court 2986 Bechelli Lane, Redding, California.

DATED:   February 27, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1