1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM CLAYTON SUTTON

     Petitioner,                                 No. CIV S-05-2152 DFL CMK P

    vs.

STATE OF CALIFORNIA,

     Respondent.                             <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding without counsel and in forma pauperis in this civil rights action.  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(b)(21).

, Inc. v. Hall, 300 F.2d 264, 268 (9th Cir. 1962).

        On March 30, 2006, the undersigned filed findings and recommendations recommending that these proceedings be stayed pending the outcome of <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp. 2d 975 (E.D. Cal. 2005).  On April 19, 2006, petitioner timely filed objections.

///

///

///

1

IT IS ORDERED that:

1. The findings and recommendations filed March 30, 2006 (doc. 24) are vacated; and

2. Petitioner is directed to, within fifteen days of the date of this order, file his opposition to defendant's March 27, 2006 motion to dismiss.

DATED:   April 20, 2006.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE