1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8    ADAM CLAYTON SUTTON,

9              Petitioner,              No. CIV S-05-2152 DFL CMK P

10        vs.

11   STATE OF CALIFORNIA,

12             Respondent.              ORDER

13   _____/

14             Petitioner, who is represented by counsel, has filed an application for a writ of

15   habeas corpus pursuant to 28 U.S.C. § 2254. On March 27, 2006, respondent filed a motion to

16   dismiss.  Petitioner filed a response on May 10, 2006.  The court has taken the motion under

17   advisement.

18             A status conference is scheduled for June 13, 2006.   However, based on the

19   pending motion to dismiss, the undersigned finds that there are no status matters to resolve in

20   this case.  The status conference set for June 13, 2006, is vacated.

21   IT IS SO ORDERED.

22   DATED:   June 7, 2006.

23

24                                      _____
                                        CRAIG M. KELLISON
25                                      UNITED STATES MAGISTRATE JUDGE

26