1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ADAM CLAYTON SUTTON,                                  No. CIV S-05-2152 DFL-CMK-P

12          Petitioner,

13      vs.                                        ORDER

14 STATE OF CALIFORNIA, et al.,

15          Respondents.

16 _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondents' motion to

19 dismiss (Doc. 23), filed on March 27, 2006.

20          Respondents contend that petitioner has no federally protected liberty interest in

21 parole under California law.  To support that contention, respondents rely on an order of a district

22 judge of this court in Sass v. California Board of Prison Terms, 376 F. Supp. 2d 975 (E.D. Cal.

23 2005).  The Sass case is under submission in the United States Court of Appeals for the Ninth

24 Circuit following oral argument on March 16, 2006.  Good cause appearing therefor,

25 respondent's  motion will be denied without prejudice to its renewal, as appropriate, not later

26 than thirty days after any decision by the Court of Appeals in Sass.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2       1.    Respondents' motion to dismiss (Doc. 23) is denied without prejudice;

3       2.    Within thirty days from the date of a decision by the United States Court

4  of Appeals for the Ninth Circuit in <u>Sass v. California Board of Prison Terms</u>, 376 F. Supp. 2d

5  975 (E.D. Cal. 2005), respondents shall file, as appropriate, either a renewed motion to dismiss

6  or an answer to the petition;

7       3.    If respondents file an answer, respondents shall include with the answer

8  any and all transcripts or other documents relevant to the determination of the issues presented in

9  the application, <u>see</u> Rule 5, Rules Governing Section 2254 Cases, and petitioner's traverse, if

10 any, shall be filed and served within thirty days after service of the answer;

11      4.    If respondents file a renewed motion to dismiss, petitioner's opposition or

12 statement of non-opposition to the motion shall be filed and served within thirty days after

13 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

14 thereafter; and

15      5.    Within 60 days of the date of service of this order, the parties are directed

16 to file separate reports on the status of this case, addressing in particular any issues the parties

17 wish to bring to the attention of the court with respect to resolving the instant petition.

18 DATED:   August 23, 2006.

19

20                                  _____
                                    **CRAIG M. KELLISON**
21                                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26