IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM CLAYTON SUTTON,

    Petitioner,                                   No. CIV S-05-2152 DFL CMK P

    vs.

THE STATE OF CALIFORNIA,

    Respondents.                                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding with counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 8, 2006, respondent notified the court that petitioner's counsel had notified respondent that petitioner had passed away on July 3, 2006. Accordingly, respondent moves to dismiss the petition as moot.

        The court finds that petitioner's death renders this case moot, and the motion to dismiss should be granted. See Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005).

        In accordance with the above, IT IS HEREBY RECOMMENDED that petitioner's application for a writ of habeas corpus be dismissed as moot.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1 | Findings and Recommendations." Failure to file objections within the specified time may waive
2 | the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3
4 | DATED:  September 11, 2006.
5
6 | *[signature]*
   | **CRAIG M. KELLISON**
7 | UNITED STATES MAGISTRATE JUDGE