**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ADAM CLAYTON SUTTON,

       Petitioner,

vs.

THE STATE OF CALIFORNIA,

       Respondent.

No. 2:05-CV-2152-RRB-CMK-P

**ORDER**

    Petitioner Adam Clayton Sutton ("Petitioner"), a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On September 11, 2006, Magistrate Judge Craig M. Kellison filed Findings & Recommendations (Docket 33) herein, which were served on the parties and which contained notice to the parties that any objections to the same were to be filed within ten days. Neither party has filed objections to the Findings & Recommendations.

The Court has reviewed the file and finds the Findings & Recommendations (Docket 33) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The Findings & Recommendations at **Docket 33**, filed on September 11, 2006, are adopted in full; and

2.   Petitioner's Application for Writ of Habeas Corpus is **DISMISSED** as moot.

**ENTERED** this 5th day of July, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITIONER'S APPLICATION AS MOOT - 2
2:05-CV-2152-RRB-CMK-P